THE HONORABLE TIMOTHY W. DORE

James H. MaGee
Washington Bankruptcy Attorney
Law Offices of James H. MaGee
1108 North 6th Street
Tacoma, WA 98403
(253) 383-1001

Hearing Date: May 6, 2015
Hearing Time: 9:30 AM
Location: Seattle WA
Response Date: April 29, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 14-17717 |
| John Gardner | DECLARATION OF NO OBJECTION |
| Debtors | |

The undersigned declares under penalty of perjury as follows:

I, James H. MaGee, attorney for Debtor have not received by the deadline of April 29, 2015, any objection, whether written or oral, to the partial objection to State of Michigan Department of Treasury claim #7-1, filed February 9, 2015.

DATED: April 30, 2015 at Tacoma, Washington

/s/ James H. MaGee
James H. MaGee, WSB#23434
Attorney for Debtors

DECLARATION OF NO OBJECTION

Page 1 of 1

LAW OFFICES OF JAMES H. MAGEE
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001  Fax: (253) 383.-2813

Case 14-17717-TWD    Doc 40    Filed 04/30/15    Ent. 04/30/15 09:05:38    Pg. 1 of 1